RECEIVED
AUG 10 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
26cv3586 ECT/SGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keevin Lashawn Hinton Plaintiff(s),
vs.

Case No. ______________
(To be assigned by Clerk of District Court)

Hennepin County Sheriff's Department Defendant(s)
Officer Jason Wong, Badge #492
Officer Michael Kipka, Badge #65
Officer Dennis Jahnke, Badge #473
Officer Anthony Glanzer, Badge #583
Officer Joseph Steffens, Badge #589
Officer Joel Demarais, Badge #582
Officer Cory McLouden, Badge #564
Officer Marcus Preston, Badge #511
Officer Christopher Heihn, Badge #115
Alliance Housing Incorporated

DEMAND FOR JURY TRIAL
YES _X_ NO ___

# COMPLAINT

PARTIES

- List your name, address and telephone number. Do the same for any additional plaintiffs.

a. Plaintiff

Name ______**Keevin Lashawn Hinton**________
Street Address ______2406 Thomas Avenue North______________
County, City ______Hennepin County, Minneapolis__________
State & Zip Code ______Minnesota 55411_____________
Telephone Number ______612-718-7004______________

- List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name ______Hennepin County Sheriff's Department_______
Street Address ______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

SCANNED
AUG 11 2026
U.S. DISTRICT COURT MPLS

b. Defendant No. 2

Name ______Officer Jason Wong, Badge #492______
Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

c. Defendant No. 3

Name _____Officer Michael Kipka, Badge #65______
Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: □X**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

- What is the basis for federal court jurisdiction? *(check all that apply)*

  □**X** Federal Question    □ Diversity of Citizenship

- If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.
  a. Forth Amendment Constitutional Right (Amdt4.5)

- If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

  Plaintiff Name: State of Citizenship:

  Defendant No. 1: State of Citizenship:

  Defendant No. 2: State of Citizenship:

  **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
  **Check here if additional sheets of paper are attached.**

- What is the basis for venue in the District of Minnesota? (*check all that apply*)

  X Defendant(s) reside in Minnesota    X Facts alleged below primarily occurred in Minnesota

  Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in

**Attachment: Additional Defendants 2.**

d. Defendant No. 4
Name ______Officer Dennis Jahnke, Badge #473_______
Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

e. Defendant No. 5
Name ______Officer Anthony Glanzer, Badge #583_______
Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

f. Defendant No. 6
Name _____Officer Joseph Steffens, Badge #589______
Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

g. Defendant No. 7
Name ______Officer Joel Demarais, Badge #582_______
Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

h. Defendant No. 8
Name ______Officer Cory McLouden, Badge #564_______

Street Address _______350 South 5th Street_______
County, City ______Hennepin County, Minneapolis______
State & Zip Code ______Minnesota 55415______

i. Defendant No. 9
Name _____Officer Marcus Preston, Badge #511______
Street Address ______350 South 5th Street_______
County, City _____Hennepin County, Minneapolis______
State & Zip Code _____Minnesota 55415______

j. Defendant No. 10
Name _____Officer Christopher Heihn, Badge #115______
Street Address ______350 South 5th Street_______
County, City _____Hennepin County, Minneapolis______
State & Zip Code _____Minnesota 55415______

k. Defendant No. 11
Name _____Alliance Housing Incorporated______
Street Address ______2309 Nicollet Avenue_______
County, City _____Hennepin County, Minneapolis______
State & Zip Code _____Minnesota 55404______

the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

**7. As to Defendant #1 Hennepin County Sheriff Department:**
**The governing authority and direct employer of said defendants #2-10 listed herein is directly responsible for the actions and conduct of its employees while violating plaintiff's Forth Amendment Rights under the Constitution of the United States of America by forcedly and without regard to life or injury entered into a private residence without a valid search warrant and required announcement. Plaintiff is in direct possession of body cam and electronic videotape of said illegal entry and search.**

**8. As to Defendants #2-10 listed herein:**
**Knowingly and without regard to training, departmental policy and procedures or constitutional rights entered into a private residence on August 20 2022, and willingly without regard to life or liberty entered without a required search warrant and falsely produced an affidavit in it's place. Defendants #2-10 thereby violated plaintiff's Constitutional Forth Amendment Rights without cause.**

**9. As to Defendant #11 Alliance Housing Incorporated:**
**In direct violation of Plaintiff's Forth Amendment Rights aided and abated said Defendants #2-10 by providing direct access with a front door key to plaintiff's residence without requesting direct evidence of a required search warrant of said premises.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached: □**
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF
State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

The Plaintiff is requesting a $25,000,000 monetary award from Defendant # 1 for the violation of Plaintiff's Forth Amendment Rights.

The Plaintiff is requesting a $4,500,000 monetary award from Defendants # 2-10 each being an individual ($500,000 each) for the violation of Plaintiff's Forth Amendment Rights.

The Plaintiff is requesting a $20,500,000 monetary award from Defendant # 11 for the violation of Plaintiff's Forth Amendment Rights.
**Total Relief: $50 million**

Date: 8/10/2026

Kevin Hinton
Signature of Plaintiff

Mailing Address 2406 Thomas Avenue North
Minneapolis, MN 55411

Telephone Number (612) 718-7004

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.