# AMENDED COMPLAINT

STATE OF MINNESOTA — DISTRICT COURT

COUNTY OF HENNEPIN — FOURTH JUDICIAL DISTRICT

Case Type: Civil

---

Keevin Lashawn Hinton

Plaintiff,

Court File No. 0:26-cv-03586-ECT-SGE

v.

**AMENDED COMPLAINT**

**AND JURY DEMAND**

Hennepin County Sheriff's Department; Jason Wong, Officer, Badge #492; Michael Kipka, Officer, Badge #65; Dennis Jahnke, Officer, Badge #473; Anthony Glanzer, Officer, Badge #583; Joseph Steffens, Officer, Badge #589; Joel Demarais, Officer, Badge #582; Cory McLouden, Officer, Badge # 564; Marcus Preston, Officer, Badge #511; Christopher Heihn, Officer, Badge #115; and Alliance Housing Incorporated,

Defendants.

---

Plaintiff Keevin Lashawn Hinton, for his complaint against the above-named Defendants, states and alleges as follows:

1. This is an action for money damages for injuries sustained by Keevin Hinton, as a result of the violations by Defendants of Hinton's clearly established rights under the Constitution of the United States, federal statutes, and Minnesota's common law, Hinton demands that this case be tried to a jury.

SCANNED
SEP 21 2026
U.S. DISTRICT COURT MPLS

RECEIVED
SEP 21 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# AMENDED COMPLAINT

## PARTIES

**2.** At all times relevant to this action, Hinton was a citizen of the United States of America and a resident of the State of Minnesota and the County of Hennepin.

**3.** At all times relevant to this action, Defendants were employed by and acting, under color of law, as agents of the Hennepin County Sheriff's Office.

**4.** Hinton sues Defendants in their official and individual capacities as sheriff deputies of the Hennepin County Sheriff's Department.

**5.** At all times relevant to this action, the Hennepin County Sheriff's Department was and is a duly incorporated municipal corporation and the employer and principal of Defendants.

## JURISDICTION AND VENUE

6. Hinton brings this action pursuant to the Fourth and Fourteenth Amendments to the Constitution of the United States, 42 U.S.C. ~ 1983 and 1988, and Minnesota's common law which confer upon this Court jurisdiction as to all claims.

7. Because all of the facts complained of arose in the City of Minneapolis, this action properly lies in Hennepin County.

## FACTUAL ALLEGATIONS

**8.** On August 20th, 2020, at approximately 5:30am Hinton was asleep in bed when his life was turned upside down and was awakened by gunfire inside the comfort and security his apartment. He heard two loud bangs, one was a flash bang, the other was a shot gun blast.

**9.** Defendants thereby used excessive force to gain entry into Hinton's apartment which was locked and secured. Under Title 18 U.S.C. 18 242 this is in direct volition of Hinton's rights.

# AMENDED COMPLAINT

**10.** The Hennepin County Sheriff (VOTF) team disregarded Hinton's Constitutional rights and used corruption to cover it up. Under Title 18 U.S.C. 241 this is in direct volition of Hiton's rights.

**11.** This whole incident has been captured on RAM raw video, authentic material, sheriff's body cam, and false police reports and trial transcripts.

**12.** As a result, Plaintiff has endured psychological pain and suffering, mental anguish and humiliation, including emotional distress and problems coping with emotions.

## COUNT 1 – EXCESSIVE FORCE IN VOLITION OF 42 U.S.C.~1983

Plaintiff re-alleges paragraphs 1-12 as if fully stated herein and further states and alleges:

**13.** The Defendants, while acting under color of state law, deprived Plaintiff of his Constitutional right to be free from unreasonable search and seizure. Specifically, the Defendants' actions constituted excessive force in volition of the Forth and Fourteenth Amendments when Defendants breached the entry way of Plaintiff's apartment with a gunshot blast.

**14.** The intentional acts of the Defendants actually and proximately caused extensive damage to Plaintiff's physical and mental health.

Plaintiff demands relief as set forth below.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgement against the Defendants as follows:

a. awarding Plaintiff compensatory damages against Defendants, and each of them, jointly and severally, in the amount of $50,000,000;
b. awarding Plaintiff punitive damages on all claims;
c. awarding Plaintiff all of his costs and disbursements, including reasonable attorney's fees as allowed by law, including 42 U.S.C. ~1988;
d. granting such other relief as the Court may deem just and equitable.

# AMENDED COMPLAINT

Dated: September 21, 2026

By:______________________________
(Keevin Lashawn Hinton)

Keevin Lashawn Hinton
2004 Thomas Avenue North
Minneapolis, MN 55411
(612) 718-7004

Self-Represented in this Case