**UNITED STATES**
**DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

October 6, 2026

Keevin Lashawn Hinton

2004 Thomas Avenue North
Minneapolis, MN 55411

Case Number: 0:26−cv−03586−ECT−SGE

Case Title: Hinton v. Hennepin County Sheriff's Department et al

Re: Order Granting IFP

Dear Keevin Lashawn Hinton:

Your Application to Proceed in Forma Pauperis was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to one of the offices indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office.

Sincerely,

Kate M. Fogarty, Clerk

Enclosures: USM−285 form(s)